IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL L. LOBB | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-04-361 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## OPINION AND ORDER

Before the Court are the "First Motion to Compel Disclosures" (Instrument no. 35) and "First Motion to Compel Discovery" (Instrument no. 37) filed by Plaintiff, Michael L. Lobb. The Court, having considered the Motions and the response of the United States now issues this Opinion and Order.

It is **ORDERED** that the Defendant **SHALL** produce, on or before May 12, 2006, any documents not previously produced which evidence any disciplinary actions taken against any of Defendant's employees for failure to properly maintain the marina docks from January 1, 2000 through June 30, 2000; Defendant **WILL** be permitted to redact the names of any employees from the documents, if any, produced.

It is further **ORDERED** that the Defendant **SHALL** produce, on or before May 12, 2006, any documents not previously produced which evidence the training required by Defendant in 2000 of any employees concerning maintenance of the docks and the completion or failure of any required training by each such employee between January 1, 2000 and June 10, 2000; Defendant **WILL** be permitted to redact the name of the employee from the document, if any, produced.

It is further **ORDERED** that the Defendant **SHALL** produce, on or before May 12, 2006, any documents not previously produced which were created between January 1, 2000 and June

10, 2000, pursuant to Chapters 5, 6 and/or 21 of NASCORPINST which refer to the condition of the dock in question.

It is further **ORDERED** that the remainder of the Plaintiff's Motions to Compel (Instrument nos. 35 and 37) are **DENIED**.

It is further **ORDERED** that no further written discovery will be permitted in this cause.

**DONE** at Galveston, Texas, this ___18th___ day of April, 2006.

John R. Froeschner
United States Magistrate Judge